# DECLARATION OF SERVICE BY FACSIMILE

I, Johana Castro, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on June 18, 2008, I served the annexed Notice of Initial Pretrial Conference dated June 2, 2008 and the Court's Individual Practices by facsimile, upon the following:

(845) 473-0428
Thomas Gambino, Esq.
Attorney for Plaintiff
222 Church Street
Poughkeepsie, NY 12601

Dated: New York, New York
       June 18, 2008

_____
Johana Castro
Assistant Corporation Counsel
Special Federal Litigation Division