```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JOHN NG,                                 :
                    Plaintiff,           :   08 CIV. 2045 (DLC)
                                         :
        -v-                              :   PRETRIAL
                                         :   SCHEDULING ORDER
THE CITY OF NEW YORK; NEW YORK CITY      :
HEALTH & HOSPITALS CORPORATION; HARLEM   :
HOSPITAL CENTER; and Detective           :
ALEXANDER BROWN, Shield #3009, in his    :
individual capacity and as a Police      :
Officer for the New York City Health &   :
Hospital Corporation,                    :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 7/30/08]

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on July 25, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **August 8, 2008**.

2.  No additional parties may be joined or pleadings amended after **September 12, 2008**.

3.  The parties are instructed to contact the chambers of Magistrate Judge Katz prior to **November 8, 2008** in order to pursue settlement discussions under his supervision.

4.  All fact discovery must be completed by **December 19, 2008**.

5.  Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **January 9, 2009**. Defendants' identification of experts and disclosure of expert testimony must occur by **February 6, 2009**.

6.  All expert discovery must be completed by **February 27, 2009**.

7.   The Joint Pretrial Order must be filed by **March 20, 2009**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         July 30, 2008

                                    _____
                                           DENISE COTE
                                    United States District Judge