UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- -X

JOHN NG,

                Plaintiff,

      -v-

THE CITY OF NEW YORK; NEW YORK CITY
HEALTH & HOSPITALS CORPORATION; HARLEM
HOSPITAL CENTER; and Detective ALEXANDER
BROWN, Shield #3009, in his individual capacity and as
a Police Officer for the New York City Health & Hospital
Corporation,

                Defendants.

------------------------------------------------------------------- -X

08 CIV. 2045 (DLC) (THK)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*

_____

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
              July 30, 2009

_____
DENISE COTE
United States District Judge