UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN NG,                                                                      Docket #: 08 CV 2045 (DLC)
                        **Plaintiff,**

    --against–                                                            PLAINTIFF'S INITIAL
                                                                  DISCLOSURES

THE CITY OF NEW YORK, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, HARLEM HOSPITAL CENTER AND DETECTIVE ALEXANDER BROWN, SHIELD # 3009, IN HIS INDIVIDUAL CAPACITY AND AS A POLICE OFFICER FOR THE NEW YORK CITY HEALTH AND HOSPITAL CORPORATION,

                        **Defendants.**
-----------------------------------------------------------------X

      Plaintiff, by his attorneys, Law Office of Pat Bonanno & Associates, P.C., by Thomas M. Gambino, Esq., as and for his initial disclosures pursuant to Rule 26(a)(1), provide as follows:

A.    <u>Witnesses</u>

    John Ng, 620 West 239 Street, Bronx, NY   10463.

    Dr. Jasmine Pottinger, 210 East 118th Street, Apt. 201, New York, NY   10035.

    The above witnesses will testify as to factual allegations contained in Plaintiff's Complaint.

B.    <u>Documents</u>

    Plaintiff is not presently in possession of any documents.

C.  <u>Damages</u>

Damages are calculated as follows:

Without the assistance of an actuary, Plaintiff can only estimate his damages. Damages are based upon his loss of career development, loss of reputation and standing in the community and Constitutional violations and tortious misconduct, plus punitive damages and attorney fees.

D.  <u>Insurance</u>

None.

Plaintiff reserves the right to amend these responses as may be necessary and appropriate.

Dated: Poughkeepsie, New York
      August 7, 2008

                                      Respectfully submitted
                                      Law Office of Pat Bonanno & Associates, P.C.
                                      222 Church Street
                                      Poughkeepsie, NY 12601
                                      (845) 473-0427

                                    By:_____/s Thomas M. Gambino_____
                                        THOMAS M. GAMBINO, Esq. (TG6332)
                                        Of Counsel

AFFIRMATION OF SERVICE BY MAIL

    I, Thomas M. Gambino, an attorney duly admitted to practice before the courts of this State, affirms under penalty of perjury that, on August 7, 2008, I served a copy of the within Initial Disclosures by depositing the same, enclosed in a first class postage paid properly addressed wrapper in an official depository under the exclusive care of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

    Corporation Counsel of the City of New York
    Attn: Johana V. Castro, Esq.
    100 Church Street
    New York, NY 10007

Dated:  Poughkeepsie, New York
        August 7, 2008

                         _____/s Thomas M. Gambino_____
                         THOMAS M. GAMBINO, Esq.(TG6332)